# Legal Notice

# AA FOREST INC. d/b/a Lasership

If you <u>worked for AA FOREST INC. d/b/a Lasership.</u> at 54-47th Street, Queens, NY 11378, YOU LIANG GUO a/k/a Youliang Guo or PENG YANG GUO a/k/a Pengyang Guo a/k/a Kevin Guo at any time from November 15, 2017 to the present, this Notice is to advise you of this lawsuit

This lawsuit is called *RE:Yuan et al v. AA FOREST INC. d/b/a Lasership et al.*, No. 20- cv-05484 and is in the United States District Court Eastern District of New York. If you worked for AA Forest, Inc d/b/a Lasership, YOU LING GUO a/k/a Youliang Guo or PENG YANG GUO a/ka/a Pengyang Guo a/k/a Kevin Guo at any time from November 15, 2017, to the present, you may have a right to seek the payment of minimum wages, and overtime wages pursuant to the Fair Labor Standards Act (FLSA). You may be owed payment if you were not paid at least the minimum wage for all hours worked and if you worked for more than forty (40) hours per week and you were not paid overtime at time and one-half (1.5x) your normal hourly rate of pay for all hours actually worked over forty (40) hours each week. This Notice is meant to advise you of your right to participate in this lawsuit as a plaintiff under the FLSA. if you believe that you were underpaid by AA Forest Inc d/b/a Lasership, You Ling Guo a/k/a Youliang Guo or Peng Yang Guo a/ka/a Pengyang Guo a/k/a Kevin Guo. Defendants deny underpaying any of its employees.

**YOU HAVE THE RIGHT TO AN ATTORNEY OF YOUR OWN CHOICE.** The Named Plaintiffs in this action are represented by TROY LAW, PLLC. If you wish to participate in this lawsuit seeking payment of any improperly withheld minimum wages, overtime wages, and tips and gratuities under the FLSA, and you choose to have Troy Law represent you in this case, please call the number below. **Even if you choose another attorney to represent you, you may still join this lawsuit.**

Troy Law, PLLC

41-25 Kissena Blvd., Suite 110, Flushing, NY 11355

Tel:(718) 762-1324     Email: troylaw@troypllc.com